■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO TORRES, Appellant.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., Brown, Weinstein and Spatt, JJ., concur.